```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 14576
   MICHELLE C KOPTEROS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4612


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/15/2005 and was confirmed 06/23/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  62.56% from remaining funds.

      The case was paid in full 04/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
WORLD FINANCIAL NETWORK   UNSECURED OTH     625.30            .00           391.12
ECAST SETTLEMENT CORP     UNSECURED        3381.53            .00          2115.35
SMC                       UNSECURED         936.72            .00           585.97
CARSON PIRIE SCOTT        NOTICE ONLY    NOT FILED            .00              .00
CARSON PIRIE SCOTT        NOTICE ONLY    NOT FILED            .00              .00
FLEET CARD                UNSECURED      NOT FILED            .00              .00
FLEET                     NOTICE ONLY    NOT FILED            .00              .00
FLEET CREDIT CSRD SERVIC  NOTICE ONLY    NOT FILED            .00              .00
GPO                       UNSECURED      NOT FILED            .00              .00
GPO                       NOTICE ONLY    NOT FILED            .00              .00
ECMC                      UNSECURED       8459.13             .00          5291.69
WORLD FINANCIAL NETWORK   UNSECURED       1037.62             .00           649.09
LINENS N THINGS           UNSECURED        517.83             .00           323.93
JEFFERSON CAPITAL SYSTEM  UNSECURED       3480.51             .00          2177.27
MBNA AMERICA              NOTICE ONLY    NOT FILED            .00              .00
MBNA                      NOTICE ONLY    NOT FILED            .00              .00
ADVANTAGE ASSETS INC      UNSECURED      15867.96             .00          9926.36
MBNA                      NOTICE ONLY    NOT FILED            .00              .00
ROUNDUP FUNDING LLC       UNSECURED       3248.81             .00          2032.33
MBNA AMERICA              NOTICE ONLY    NOT FILED            .00              .00
MBNA AMERICA              NOTICE ONLY    NOT FILED            .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED       1907.58             .00          1193.31
STUART B HANDELMAN        DEBTOR ATTY        .00                              .00
TOM VAUGHN                TRUSTEE                                         1,485.58
DEBTOR REFUND             REFUND                                            138.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               26,310.00


              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 14576 MICHELLE C KOPTEROS
```

```
PRIORITY                                                            .00
SECURED                                                             .00
UNSECURED                                                     24,686.42
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                           1,485.58
DEBTOR REFUND                                                    138.00
                                        ---------------   ---------------
TOTALS                                        26,310.00         26,310.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 07/29/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```